| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anthony O. Egbase<br>The World Trade Center<br>350 S. Figueroa Street, Suite 189<br>Los Angeles, CA 90071<br>213-620-7070  Fax:  213-620-1200<br>181721<br>info@aoelaw.com | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Emeterio Rodriguez<br>Leticia Rodriguez<br><br><br><br><br>Debtor(s) | CASE NO.: **1:17-bk-10881-MT**<br><br>CHAPTER: **11**<br><br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☑ Schedule I    ☑ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☑ Other *(specify)*    **Means Test**

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    **04/07/2017**

/s/Emeterio Rodriguez
**Emeterio Rodriguez**
Debtor 1 Signature

/s/Leticia Rodriguez
**Leticia Rodriguez**
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                  Page 1                                        F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case:**

Debtor 1: Emeterio Rodriguez

Debtor 2: Leticia Rodriguez
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number: 1:17-bk-10881
(If known)

Check if this is:

■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form 106I
# Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | Specialist | Sales of Vitamins and Supplement |
| Employer's name | Clark Pacific | Self Employed |
| Employer's address | 13592 Slover Ave<br>Fontana, CA 92337 |  |
| How long employed there? | 04/26/1987 | 4 years |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 4,149.01 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 4,149.01 | $ 0.00 |

| | | |
|---|---|---|
| Debtor 1 | Emeterio Rodriguez | |
| Debtor 2 | Leticia Rodriguez | Case number (if known) 1:17-bk-10881 |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here | | 4. | $ 4,149.01 | $ 0.00 |
| 5. | List all payroll deductions: | | | | |
| | 5a. Tax, Medicare, and Social Security deductions | | 5a. | $ 710.73 | $ 0.00 |
| | 5b. Mandatory contributions for retirement plans | | 5b. | $ 0.00 | $ 0.00 |
| | 5c. Voluntary contributions for retirement plans | | 5c. | $ 0.00 | $ 0.00 |
| | 5d. Required repayments of retirement fund loans | | 5d. | $ 0.00 | $ 0.00 |
| | 5e. Insurance | | 5e. | $ 0.00 | $ 0.00 |
| | 5f. Domestic support obligations | | 5f. | $ 0.00 | $ 0.00 |
| | 5g. Union dues | | 5g. | $ 0.00 | $ 0.00 |
| | 5h. Other deductions. Specify: | | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | | 6. | $ 710.73 | $ 0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | | 7. | $ 3,438.28 | $ 0.00 |
| 8. | List all other income regularly received: | | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | 8a. | $ 2,000.00 | $ 200.00 |
| | 8b. Interest and dividends | | 8b. | $ 0.00 | $ 0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | 8c. | $ 0.00 | $ 0.00 |
| | 8d. Unemployment compensation | | 8d. | $ 0.00 | $ 0.00 |
| | 8e. Social Security | | 8e. | $ 0.00 | $ 0.00 |
| | 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | | 8f. | $ 0.00 | $ 0.00 |
| | 8g. Pension or retirement income | | 8g. | $ 0.00 | $ 0.00 |
| | 8h. Other monthly income. Specify: **Family Contribution** | | 8h.+ | $ 535.00 + | $ 0.00 |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | | 9. | $ 2,535.00 | $ 200.00 |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | 10. | $ 5,973.28 + $ 200.00 = | $ 6,173.28 |
| 11. | State all other regular contributions to the expenses that you list in *Schedule J.*<br>Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.<br>Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*<br>Specify: | | | 11. +$ | 0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.<br>Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | | | 12. | $ 6,173.28<br>Combined monthly income |

13. Do you expect an increase or decrease within the year after you file this form?
    ☐ No.
    ■ Yes. Explain: **Debtors will value their rental property and make adequate protection payments based on current market value and prevailing interest rate. Debtors anticipate they will have a positive cash flow following the valuation.**

Official Form 106I                              Schedule I: Your Income                              page 2

Fill in this information to identify your case:

Debtor 1   Emeterio Rodriguez

Debtor 2   Leticia Rodriguez
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number   1:17-bk-10881
(if known)

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. Does Debtor 2 live in a separate household?

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 24 | ☐ No  ■ Yes |
   |  |  | ☐ No  ☐ Yes |
   |  |  | ☐ No  ☐ Yes |
   |  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 1,650.00

   If not included in line 4:

   4a. Real estate taxes    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ 0.00
   4d. Homeowner's association or condominium dues    4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans    5. $ 0.00

Official Form 106J            Schedule J: Your Expenses            page 1

Debtor 1  Emeterio Rodriguez
Debtor 2  Leticia Rodriguez                                           Case number (if known) 1:17-bk-10881

6. **Utilities:**
   6a. Electricity, heat, natural gas                                   6a. $    195.00
   6b. Water, sewer, garbage collection                                 6b. $    109.00
   6c. Telephone, cell phone, Internet, satellite, and cable services   6c. $    336.00
   6d. Other. Specify: _____                          6d. $      0.00
7. **Food and housekeeping supplies**                                   7.  $    600.00
8. **Childcare and children's education costs**                         8.  $      0.00
9. **Clothing, laundry, and dry cleaning**                              9.  $     50.00
10. **Personal care products and services**                             10. $     50.00
11. **Medical and dental expenses**                                     11. $     50.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                        12. $    500.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** 13. $   50.00
14. **Charitable contributions and religious donations**                14. $      0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                                 15a. $    60.00
    15b. Health insurance                                               15b. $     0.00
    15c. Vehicle insurance                                              15c. $   150.00
    15d. Other insurance. Specify: _____              15d. $     0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                    16. $      0.00
17. **Installment or lease payments:**
    17a. Car payments for Vehicle 1                                     17a. $   395.00
    17b. Car payments for Vehicle 2                                     17b. $     0.00
    17c. Other. Specify: Nationstar 1st Lien Re: 16585 Montgomery Ct    17c. $  1,719.00
    17d. Other. Specify: Property Maintenance                           17d. $    180.00
                         Property Insurance                                  $     75.00
18. Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). 18. $  0.00
19. Other payments you make to support others who do not live with you.       $    0.00
    Specify: _____                                    19.
20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*
    20a. Mortgages on other property                                    20a. $     0.00
    20b. Real estate taxes                                              20b. $     0.00
    20c. Property, homeowner's, or renter's insurance                   20c. $     0.00
    20d. Maintenance, repair, and upkeep expenses                       20d. $     0.00
    20e. Homeowner's association or condominium dues                    20e. $     0.00
21. **Other:** Specify: _____                         21. +$     0.00

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                             $  6,169.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 $
    22c. Add line 22a and 22b. The result is your monthly expenses.          $  6,169.00

23. **Calculate your monthly net income.**
    23a. Copy line 12 *(your combined monthly income)* from Schedule I.  23a. $  6,173.28
    23b. Copy your monthly expenses from line 22c above.                 23b. -$ 6,169.00
    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*                        23c. $      4.28

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ☐ No.
    ■ Yes.  | Explain here: **Debtors will value their rental property and make adequate protection payments based on current market value and prevailing interest rate. Debtors anticipate they will have a positive cash flow following the valuation.**

Fill in this information to identify your case:

Debtor 1: **Emeterio Rodriguez**

Debtor 2: **Leticia Rodriguez**
(Spouse, if filing)

United States Bankruptcy Court for the: Central District of California

Case number: **1:17-bk-10881**
(if known)

■ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income    12/15

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|   | | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 4,149.01 | $ 0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

|   | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 200.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | -$ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ 200.00 | Copy here -> | $ 0.00 | $ 200.00 |

6. **Net income from rental and other real property**

|   | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 2,000.00 | | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | | |
| Net monthly income from rental or other real property | $ | 2,000.00 | Copy here -> | $ 2,000.00 | $ 0.00 |

| Debtor 1 | Emeterio Rodriguez |
|---|---|
| Debtor 2 | Leticia Rodriguez |

Case number (*if known*) **1:17-bk-10881**

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. Interest, dividends, and royalties | $ 0.00 | $ 0.00 |
| 8. Unemployment compensation | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you                           $ 0.00
For your spouse              $ 0.00

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.    $ 0.00    $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.

If necessary, list other sources on a separate page and put the total below.

    $ _____    $ _____
    $ 0.00    $ 0.00

Total amounts from separate pages, if any.    + $ 0.00    $ 0.00

11. **Calculate your total current monthly income.**
    Add lines 2 through 10 for each column.
    Then add the total for Column A to the total for Column B.

    $ **6,149.01**  + $ **200.00**  = $ **6,349.01**

| Debtor 1 | Emeterio Rodriguez | | |
|---|---|---|---|
| Debtor 2 | Leticia Rodriguez | Case number (*if known*) | **1:17-bk-10881** |

### Part 2: Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Emeterio Rodriguez**
**Emeterio Rodriguez**
Signature of Debtor 1

X **/s/ Leticia Rodriguez**
**Leticia Rodriguez**
Signature of Debtor 2

Date **April 7, 2017**
MM / DD / YYYY

Date **April 7, 2017**
MM / DD / YYYY

| Debtor 1 | Emeterio Rodriguez | | |
|---|---|---|---|
| Debtor 2 | Leticia Rodriguez | Case number (if known) | 1:17-bk-10881 |

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **10/01/2016** to **03/31/2017**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Clark Pacific**
Year-to-Date Income:
Last Year:
Starting Year-to-Date Income:  **$49,555.05**  from check dated   **9/30/2016**  .
Ending Year-to-Date Income:  **$63,428.52**  from check dated   **12/31/2016**  .

This Year:
Current Year-to-Date Income:  **$11,020.57**  from check dated   **3/31/2017**  .

Income for six-month period (Current+(Ending-Starting)):  **$24,894.04** .
Average Monthly Income:  **$4,149.01** .


**Line 6 - Rent and other real property income**
Source of Income: **Rental Income**
Constant income of  **2,000.00**  per month.
Constant expense of  **0.00**  per month.
Net Income  **2,000.00**  per month.

| | |
|---|---|
| Debtor 1  **Emeterio Rodriguez** | |
| Debtor 2  **Leticia Rodriguez** | Case number *(if known)*  **1:17-bk-10881** |

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details:**
Income for the Period **10/01/2016** to **03/31/2017**.

**Line 5 - Income from operation of a business, profession, or farm**
Source of Income: **Business Income**
Constant income of  **200.00**  per month.
Constant expense of  **0.00**  per month.
Net Income  **200.00**  per month.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**The World Trade Center, 350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071**

A true and correct copy of the foregoing document entitled (*specify*): __**Summary of Amended Schedules, Master Mailing List, and or Statements**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __04/07/2017__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Katherine Bunker on behalf of U.S. Trustee United States Trustee (SV)
kate.bunker@usdoj.gov

Anthony Obehi Egbase on behalf of Debtor Emeterio Rodriguez
info@aoelaw.com, sandy@ecf.inforuptcy.com

Anthony Obehi Egbase on behalf of Joint Debtor Leticia Rodriguez
info@aoelaw.com, sandy@ecf.inforuptcy.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __04/07/2017__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Judge's Copy:**
**Chambers of the Honorable Maureen Tighe, 21041 Burbank Boulevard, Suite 324, Woodland Hills, CA 91367**

**Debtors, Secured Creditors, Unsecured Creditors, and ALL Interested Parties.**

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04/07/2017 | Sandy Segovia | /s/ Sandy Segovia |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                     Page 2                        F 1007-1.1.AMENDED.SUMMARY

```
Label Matrix for local noticing          San Fernando Valley Division           (p)BMW FINANCIAL SERVICES
0973-1                                   21041 Burbank Blvd,                    CUSTOMER SERVICE CENTER
Case 1:17-bk-10881-MT                    Woodland Hills, CA 91367-6606          PO BOX 3608
Central District of California                                                  DUBLIN OH 43016-0306
San Fernando Valley
Fri Apr  7 19:29:38 PDT 2017

Citibank/Best Buy                        Comenity Bank/Dress Barn               Dept Of Ed/Nelnet
Centalized Bankruptcy/Citicorp Credit Se Po Box 182125                          Attn: Claims
Po Box 790040                            Columbus, OH 43218-2125                Po Box 82505
Sanit Louis, MO 63179-0040                                                      Lincoln, NE 68501-2505


Designed Receivable Solutions, Inc. /DRS Nationstar Mortgage LLC                Nissan Motor Acceptance Corp/Infinity Lt
1 Centerpointe Drive, Suite 450          8950 Cypress Waters Blvd               Nmac/Attn: Bankruptcy
La Palma, CA 90623-1089                  Coppell, TX 75019-4620                 Po Box 660360
                                                                                Dallas, TX 75266-0360


Synchrony Bank/Lowes                     (p)TOYOTA MOTOR CREDIT CORPORATION     United States Trustee (SV)
Po Box 965064                            PO BOX 8026                            915 Wilshire Blvd, Suite 1850
Orlando, FL 32896-5064                   CEDAR RAPIDS IA 52408-8026             Los Angeles, CA 90017-3560


Visa Dept Store National Bank            Anthony Obehi Egbase                   Emeterio Rodriguez
Attn: Bankruptcy                         Law Offices of Anthony O Egbase & Assoc PO Box 18076
Po Box 8053                              350 S Figueroa St Ste 189              Los Angeles, CA 90018-0628
Mason, OH 45040-8053                     Los Angeles, CA 90071-1117


Leticia Rodriguez
PO Box 18076
Los Angeles, CA 90018-0628
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bmw Financial Services                   Toyota Motor Credit Co                 End of Label Matrix
Attn: Bankruptcy Department              Po Box 8026                            Mailable recipients    15
Po Box 3608                              Cedar Rapids, IA 52408                 Bypassed recipients     0
Dublin, OH 43016                                                                Total                  15
```

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | |
|---|---|
| Anthony O. Egbase 181721<br>A.O.E LAW & ASSOCIATES<br>The World Trade Center<br>350 S. Figueroa Street, Suite 189<br>Los Angeles, CA 90071<br>213-620-7070  Fax: 213-620-1200<br>info@aoelaw.com<br>*Attorney for:* Debtors and Debtors In Possession | CASE NO.: 1·17-BK-10881-MT<br>CHAPTER: 11<br>ADVERSARY NO.:<br>*(if applicable)* |

In re:

Emeterio Rodriguez
Leticia Rodriguez

Debtor(s).

**ELECTRONIC FILING DECLARATION**
**(INDIVIDUAL)**
**[LBR 1002-1(f)]**

☐ Petition, statement of affairs, schedules or lists                    Date Filed: _____
☒ Amendments to the petition, statement of affairs, schedules or lists  Date Filed: 04/07/17
☐ Other *(specify)*: _____                    Date Filed: _____

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct printed copy of the Filed Document in such places and provided the executed printed copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement About Your Social Security Numbers* (Official Form 121) and provided the executed original to my attorney.

04/07/2017
Date:

*[signature]*
Signature (handwritten) of Debtor or signing party
**Emeterio Rodriguez**
Printed name of Signing Party

04/07/2017
Date:

*[signature]*
Signature (handwritten) of Debtor 2 (Joint Debtor) (if applicable)
**Leticia Rodriguez**
Printed name of Debtor 2, if applicable

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned attorney for the Signing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed *Part 1 - Declaration of Debtor(s) or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct printed copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement About Your Social Security Numbers* (Official Form 121) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement About Your Social Security Numbers* (Official Form 121) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement About Your *Social Security Numbers* (Official Form 121) available for review upon request of the court.

04/07/2017
Date:

*[signature]*
Signature (handwritten) of attorney for Signing Party
**Anthony O. Egbase 181721**
Printed Name of attorney for Signing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                    F 1002-1.DEC.ELEC.FILING.INDIVIDUAL