# United States Bankruptcy Court
## Central District of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

**DEBTOR(S) INFORMATION:**
Emeterio Rodriguez
**SSN:** xxx–xx–1285
**EIN:** N/A
Leticia Rodriguez
**SSN:** xxx–xx–9681
PO Box 18076
Los Angeles, CA 90018

**BANKRUPTCY NO.** 1:17–bk–10881–MT
**CHAPTER** 11

Notice is hereby given of the entry of an order of this Court confirming a Plan of Reorganization. A copy of the order and the plan itself are contained in the Court file located at the address listed herein.

Dated: April 24, 2018

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc11pln rev. 5/96) VAN–50

**132 / EG3**